UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID ROTH,<br><br>　　　　　　　Defendant. | Case No. CR20-216 RSL<br><br>DETENTION ORDER |

Offenses charged: Counts 1 and 2: Bank Fraud, 18 U.S.C. §§ 1344(1) and (2) and 18 U.S.C. § 2; Counts 3 and 4: Aggravated Identity Theft, 18 U.S.C. §§ 1028A and 2; Counts 5 and 6: Social Security Number Misuse, 42 U.S.C. §§ 408(a)(7)(B) and 18 U.SC. § 2.

Date of Detention Hearing: On January 7, 2021, the Court held a hearing via a Zoom videoconference, with the consent of Defendant, due to the exigent circumstances as outlined in General Order 18-20. This detention order is without prejudice to renewing once the court has reconstituted in-person hearings.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

DETENTION ORDER - 1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has stipulated to detention.

2. Upon advice of counsel, Defendant declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

3. Defendant poses a risk of nonappearance because the Court lacks information regarding his personal history and he appears to have at least four state court warrants.

4. Taken as a whole, the Court finds that Defendant presents a serious risk of flight and that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 8th day of January, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3